IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| JOHN LARRY SANDERS and<br>SPECIALTY FERTILIZER<br>PRODUCTS, LLC,<br><br>        Plaintiffs/<br>   Counterclaim Defendants,<br><br>v.<br><br>THE MOSAIC COMPANY;<br>CARGILL, INC.; and<br>CARGILL FERTILIZER, INC.,<br><br>        Defendants/<br>   Counterclaim Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:09-cv-00016-JTM |

## MOSAIC'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants The Mosaic Company; Cargill, Incorporated; and Cargill Fertilizer, Inc. (collectively, "Mosaic") move the Court for an Order granting summary judgment:

      1.    That all of the asserted claims of the U.S. Patent No. 6,210,459, including claims 3, 4, 7, 8, and 13-16, are invalid as anticipated pursuant to 35 U.S.C. § 102(b); and

      2.    That all of the asserted claims are invalid as obvious pursuant to 35 U.S.C. § 103.

In support of its motion, Mosaic relies on Mosaic's Suggestions in Support of Motion for Summary Judgment of Invalidity, the October 31, 2011 Declaration of Heather D. Redmond, and all of the records and files of this proceeding.

Dated: November 1, 2011

DORSEY & WHITNEY LLP

By /s/ Peter M. Lancaster
    Peter M. Lancaster, MN Bar #0159840
    lancaster.peter@dorsey.com
    Heather D. Redmond, MN Bar #0313233
    redmond.heather@dorsey.com
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

STINSON MORRISON HECKER LLP
J. David Wharton, MO Bar 20347
dwharton@stinson.com
Victoria L. Smith, MO Bar 41915
vsmith@stinson.com
1201 Walnut, Suite 2500
Kansas City, MO 64106
Telephone: (816) 842-8600

*Attorneys for Defendants The Mosaic Company, Cargill, Inc., and Cargill Fertilizer, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2011, I electronically filed the foregoing Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

>Jennifer Christine Bailey: jcb@hoveywilliams.com, ecf@hoveywilliams.com
>
>Scott R. Brown: srb@hoveywilliams.com, ecf@hoveywilliams.com
>
>John M. Collins: jmc@hoveywilliams.com, ecf@hoveywilliams.com
>
>Matthew B. Walters: mwalters@hoveywilliams.com, ecf@hoveywilliams.com

/s/ Peter M. Lancaster
Peter M. Lancaster