UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOHN LARRY SANDERS and SPECIALTY FERTILIZER PRODUCTS, LLC,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>THE MOSAIC COMPANY, CARGILL, INC., and CARGILL FERTILIZER, INC.,<br><br>Defendants/Counterclaim Plaintiffs. | Case No. 4:09-cv-00016-JTM<br><br>**EXPEDITED RELIEF REQUESTED** |

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME
TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY
(EXPEDITED RELIEF REQUESTED)**

Plaintiffs (collectively "SFP") move this Court for an extension of time to respond to Defendants' Motion for Summary Judgment of Invalidity. In support of this motion, SFP states the following:

1. Defendants filed their Motion for Summary Judgment of Invalidity on November 1, 2011. (See Doc. No. 123). Accordingly, SFP's opposition to that motion is presently due on November 25, 2011. L.R. 56.1(b); Fed. R. Civ. P. 6(d).

2. SFP has moved to strike Defendants' summary judgment motion. (Doc. No. 127). That motion is based on the procedural posture of this case being administratively closed with no scheduling order authorizing either dispositive motions or the resumption of discovery. Requiring SFP to respond to the motion for summary judgment will be prejudicial to SFP for the reasons stated in that co-pending motion. Thus, until the Court rules on SFP's Motion to Strike, SFP should be relieved of its obligation to oppose Defendants' summary judgment motion by the present

deadline. Therefore, SFP requests an extension of time of two weeks from the date the Court issues and order on SFP's Motion to Strike in which to oppose Defendants' Motion for Summary Judgment

3. Alternatively, in the event the Court is not inclined to grant SFP the extension requested above, SFP requests an extension of time of two weeks, until December 9, 2011, to oppose Defendants' Motion for Summary Judgment. A two week extension is necessary to permit SFP to adequately prepare its opposition to Defendants' motion because SFP's opposition is presently due the day after Thanksgiving and approximately contemporaneously with SFP's non-extendable response date to the Patent Office in the pending *ex parte* reexamination.

4. Plaintiff has not previously sought any extension of time for opposing Defendants' summary judgment motion.

Wherefore, SFP respectfully requests that the Court grant SFP an extension of time to oppose Defendants' Motion for Summary Judgment.

2

Dated: November 11, 2011                    Respectfully Submitted,

                                                                                                       s/Scott R. Brown
                                                                                                     Scott R. Brown, Mo. Bar #51733
Jennifer C. Bailey, Mo. Bar #53574
Matthew B. Walters, Mo. Bar #59812
HOVEY WILLIAMS LLP
10801 Mastin Boulevard, Suite 1000
84 Corporate Woods
Overland Park, Kansas 66210
T: (913) 647–9050
F: (913) 647–9057

John M. Collins, Mo. Bar #24503
HOVEY WILLIAMS LLP
12796 N. SeaCliff Place
Oro Valley, Arizona 85755
T: (913) 647-9050
F: (913) 647-9057
E-Mail: jmc@hoveywilliams.com

ATTORNEYS FOR PLAINTIFFS
JOHN LARRY SANDERS AND
SPECIALTY FERTILIZER PRODUCTS, LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of November, 2011, the foregoing was filed electronically with the Clerk of the Court via the CM/ECF system, which sent notification of such filing to the following:

Heather Redmond  Email: Redmond.Heather@dorsey.com
Peter Lancaster  Email: Lancaster.Peter@dorsey.com
Devan V. Padmanabhan  Email: padmanabhan.devan@dorsey.com
Mariah L. Reynolds  Email: reynolds.mariah@dorsey.com
Dorsey & Whitney LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

J. David Wharton  Email: dwharton@stinson.com
Victoria L. Smith  Email: vsmith@stinson.com
Stinson Morrison Hecker LLP
1201 Walnut Street
Suite 2700
P. O. Box 419251
Kansas City, MO 64106-2150

s/Scott R. Brown
Scott R. Brown