## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION


**John Larry Sanders, et al.,**       )
                                      )
    **Plaintiffs,**       )
                                      )
**V.**                                )       **Case No. 09-00016-CV-W-JTM**
                                      )
**The Mosaic Company,**               )
                                      )
    **Defendant.**       )


## <u>ORDER</u>

   This Court, having reviewed the many reams of paper filed on behalf of the parties to this

matter, and being cognizant of the procedural juncture — as well as the ponderous pace — of

this litigation,  finds a settlement conference to be the most prudent course of action and in the

best interest of the parties' and judicial resources.  Accordingly, it is

   **ORDERED** that as soon as practicable, counsel for the parties are directed to contact:

     James H. Levin, J.D.
     University of Missouri-Columbia
     Associate Director and Adjunct Associate Professor of Law
     Director, Mediation Clinic
     Center for the Study of Dispute Resolution
     School of Law
     Columbia, MO  65211
     phone: (573) 882-1630
     fax:    (573) 882-3433
     email:  levinj@missouri.edu

to arrange for a settlement conference to be held at a mutual agreeable location and time within

60 days of the date of this ORDER.  The Court has discussed the procedural aspects of this

matter with Professor Levin and Professor Dennis Crouch, who have agreed to conduct the conference in an effort to assist in bringing this matter to a timely resolution. It is further

**ORDERED** that the parties with settlement authority, as well as counsel, attend the settlement conference on the scheduled date. A party other than a natural person satisfies the attendance requirement if it is represented by a person or persons, ***other than outside or local counsel***, who has reasonable settlement authority ***and*** has sufficient stature in the organization to have direct access to those who make the ultimate decision about settlement. Additionally, if insurance company approval or authority to settle is required by any party, a representative of that insurance company shall also attend the settlement conference. Availability by telephone does not satisfy the attendance requirement. ***Failure to comply with the attendance requirement will subject a party and/or counsel to the imposition of appropriate sanctions, including the payment of attendance costs and fees incurred by opposing parties.***

*/s/ John T. Maughmer*
**JOHN T. MAUGHMER**
**U. S. MAGISTRATE JUDGE**