IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JOHN LARRY SANDERS, *et al.*,    )<br>                                                          )<br>           Plaintiffs/Counterclaim Defendants,   )<br>                                                          )<br>v.                                                       )<br>                                                          )<br>THE MOSAIC COMPANY, *et al.*,        )<br>                                                          )<br>           Defendants/Counterclaimants.      )  | Case No. 09-00016-CV-W-JTM |

## ORDER

On October 25, 2013, plaintiffs' filed a renewed motion to lift the litigation stay in this matter [Doc. 152]. On September 3, 2013, this Court denied plaintiff's previous motion to lift the stay [Doc. 151]. After due consideration of the issues presented, and finding that plaintiff has presented no compelling reason for the Court to revisit its earlier decision issued only 52 days prior, it is

**ORDERED** that *Plaintiff's Renewed Motion To Lift The Litigation Stay,* [Doc. 152] filed on October 25, 2013 is **DENIED**. It is further

**ORDERED** that in light of the agreement of the parties as set forth in correspondence to the Court that intervening business transactions now require dismissal and substitution of some parties to correctly identify the appropriate parties to this matter, the parties are directed to file a joint motion to dismiss and substitute the appropriate parties within 14 days of the date of this Order. The Court further finds that the necessary ministerial actions described above have no effect on the existing stayed status of this case.

                                                                              */s/ John T. Maughmer*

/ s / John T. Maughmer
**John T. Maughmer**
**United States Magistrate Judge**